B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Elayyan, Mike M.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Elayyan, Zarifa A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1201** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9462** |
| Street Address of Debtor (No. and Street, City, and State):<br>**103 Augusta Court**<br>**Palos Heights, IL**<br>ZIP Code **60463** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**103 Augusta Court**<br>**Palos Heights, IL**<br>ZIP Code **60463** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Elayyan, Mike M.**<br>**Elayyan, Zarifa A.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X   /s/ Robert R. Salus                              June 23, 2009**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Robert R. Salus 6243805** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Elayyan, Mike M.**
**Elayyan, Zarifa A.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mike M. Elayyan**
Signature of Debtor   **Mike M. Elayyan**

X **/s/ Zarifa A. Elayyan**
Signature of Joint Debtor **Zarifa A. Elayyan**

Telephone Number (If not represented by attorney)

**June 23, 2009**
Date

### Signature of Attorney*

X **/s/ Robert R. Salus**
Signature of Attorney for Debtor(s)

**Robert R. Salus 6243805**
Printed Name of Attorney for Debtor(s)

**Cossidente & Salus, Ltd.**
Firm Name

**7777 W. 159th Street, Suite A**
**Tinley Park, IL 60477**

Address

                              **Email: rrs@cs-ltd.com**
**(708)444-1444  Fax: (708)444-8333**
Telephone Number
**June 23, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Mike M. Elayyan**
**Zarifa A. Elayyan**
                                                          Case No. _____
                                        Debtor(s)         Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Mike M. Elayyan**
                          **Mike M. Elayyan**

Date:    **June 23, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Mike M. Elayyan**
**Zarifa A. Elayyan**
                                                                Case No. _____
                                                Debtor(s)            Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Zarifa A. Elayyan**
                        **Zarifa A. Elayyan**

Date:   **June 23, 2009**

A.G. Adjustments, Ltd.
740 Walt Whitman Road
P.O. Box 9090
Melville, NY 11747


ABC Bank
5645 West Lake Street
Chicago, IL 60644


ABC Bank
2 South York Road
Bensenville, IL 60106-2144


Accessory Exchange-Dereon
1 East 33 Street, 6th Floor
New York, NY 10016-5011


Akademiks
31 W. 34th Street
New York, NY 10001


Al Wissam, Inc.
13354 Michigan Avenue
Dearborn, MI 48126


Allied Waste Services
13701 S. Kostner
Midlothian, IL 60445


Amcore Bank Mortgage Services Cntr
P.O. Box
Mount Laurel, NJ 08054-5452


Amcore Bank N A
501 7th St
P.O. Box 1537
Rockford, IL 61104-0037


Amcore Bank N A
501 7th St
Rockford, IL 61104


American Agencies of California
721 North 530 East
Orem, UT 84097

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


American Express Co.
P.O. Box 297879
Fort Lauderdale, FL 33329-7879


Apple Bottoms
Division of AJS Group LLC
112 24th Street, 5th Flr
New York, NY 10120


Asset Acceptance LLC
600 W. Resource Drive
Independence, OH 44131


Associates/citibank
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


AST Sportswear, Inc.
230 W. 38th Street, 5th Floor
New York, NY 10018


At & t
P.O. Box 8100
Aurora, IL 60507-8100


AT&T Universal Card
Card Service Center
P.O. Box 6069
Sioux Falls, SD 57117-6069


Austn Bk Chg
5645 W Lake St
Chicago, IL 60644


B.P. Clothing
8700 Rex Road
Pico Rivera, CA 90660

Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420


Bank of America
P.O. Box 15720
Wilmington, DE 19850-5720


Bank of America
Customer Service
P.O. Box 5170
Simi Valley, CA 93062-5170


Beneficial/hfc
Po Box 1547
Chesapeake, VA 23327


Blatt, Hasenmiler, Leibsker & Moore
125 S Wacker Dr, Suite 4010
Chicago, IL 60606-4440


Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Capital Business Credit LLC.
P.O. Box 10085
Atlanta, GA 30384-4174


Capital Management Services, LP
726 Exchange St., Ste 700
Buffalo, NY 14210


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492


Capital One
P.O. Box 70886
Charlotte, NC 28272-9903


Catherine Elliot Dunne
P.O. Box 10371
Chicago, IL 60610

CBE Group, Inc.
131 Tower Park Dr., Suite 100
Waterloo, IA 50701


CCB Credit Services, Inc.
P.O. Box 272
Springfield, IL 62705-0272


CCS Commercial
P.O. Box 55156
Boston, MA 02205-5156


Cda/pontiac
Attn: Bankruptcy
Po Box 213
Sreator, IL 61364


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase
Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156


Chase
201 N. Central Ave Floor 11
Phoenix, AZ 85004


Chase
P.O. Box 9001083
Louisville, KY 40290


Chase Auto
P.O. Box 9001800
Louisville, KY 40290


Chase Bank
P.O. Box 260161
Baton Rouge, LA 70826-0161


Chase Bank Usa, Na

Chase Manhattan
Attn: Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219


Christian Casey LLC
d/b/a Sean John Denim
Cranbury, NJ 08512


Chrysler Credit
Po Box 8065
Royal Oak, MI 48068


Cit Group/Commerical Services Inc.
P.O. Box 1036
Charlotte, NC 28201


Citi Card
Card Service Center
P.O. Box 6500
Sioux Falls, SD 57117-6500


Citibusiness Card
P.O. Box 688907
Des Moines, IA 50368-8907


Citibusiness Card
P.O. Box 688905
Des Moines, IA 50368-8905


City of Chicago Collection, (Admin)
City Hall, Room 107 A
121 N. LaSalle Street
Chicago, IL 60602


CMI Legal Forwarding Division
P.O. Box 28851
Philadelphia, PA 19151-0851


Coface Collection North America Inc
P.O. Box 8510
Metairie, LA 70011

ComEd
Bill Payment Center
Calumet City, IL 60409


ComEd Co.
P.O. Box 805379
Chicago, IL 60680-5379


Coogi Juniors
Division of Unistar Int'l LLC
1450 Broadway, 37th Floor
New York, NY 10018


Countrywide Home Lending
Attention: Bankruptcy  SV-314B
Po Box 5170
Simi Valley, CA 93062


Crowley & Lamb, P.C.
350 N. LaSalle St., Ste. 900
Chicago, IL 60654


Crowley Barrett & Karaba, Ltd.
20 S. Clark Street, Suite 2310
Chicago, IL 60603


David B. Vandergriff
111 Center Street, Suite 1900
Little Rock, AR 72201


Dealer Services Corp.
11555 N. Meridian Street, Ste. 220
Carmel, IN 46032


Denim Artisan
19715 E. Harrison Avenue
Walnut, CA 91789


Dennis E. Both
1332 N. Halsted St., Suite 100
Chicago, IL 60642

Dexter Holt
Fisher & Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062-1060


Di Monte & Lizak, LLC.
216 West Higgins Road
Park Ridge, IL 60068


Direct Merchants Bank
Card Member Services - GSC
Po Box 5246
Carol Stream, IL 60197


Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Ed Euler Hermes Uma
600 S. 7th Street
Louisville, KY 40201


Edward Ratkovich, DPM
10751 W. 143rd Street,
Orland Park, IL 60462


Encore
400 N. Rogers Road, P.O. Box 3330
Olathe, KS 66063-3330


Enyce
Division of BJS Group LLC
112 24th Street, 5th Flor
New York, NY 10120


FIA Card Services
P.O. Box 15720
Wilmington, DE 19850-5720


Fia Csna
Po Box 26012
Nc4-105-02-77
Greensboro, NC 27410

Fidelity National Credit
P. O. Box 3051
Orange, CA 82857


Fifth Third Bank
1511 Lincoln Road
Allegan, MI 49010


First American Bank
1650 Louis Avenue
Arlington Heights, IL 60006


Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153


G M A C
Po Box 12699
Glendale, AZ 85318


G-III Leather Fashion
P.O. Box 1213 Dep 15109
Newark, NJ 07101


G.E. Money Bank
P.O. Box 960061
Orlando, FL 32896-0061


GC services limited partnership
6330 Gulfton,
Houston, TX 77081


Gemb/mohawk Color Cent
Po Box 981439
El Paso, TX 79998


Geneva Watch Group
47-50 33rd Street
Long Island City, NY 11101


Geoffrey Allen Corp.
Akademiks Outerwear
60 Metro Way, Ste. 2
Secaucus, NJ 07094

Ghandi Dini
9410 S. 84th Avenue
Hickory Hills, IL 60457


Gmac
P O Box 380901
Bloomington, MN 55438


GP 1, LLC
600 West Chicago Ave., Suite 570
Chicago, IL 60610


Griffin & Gallagher
10001 S. Roberts Road
Palos Hills, IL 60465


Hana Financial
1000 Wilshire Blvd., Ste 2000
Los Angeles, CA 90017


Hani Elayyan
18160 Goesel Drive
Tinley Park, IL 60477


Headgear Inc.
3409 Chandler Creek Road
Virginia Beach, VA 23453


Helly Hansen (US), Inc.
3703 I Street N.W., Unit 100
Auburn, WA 98001


Hob Footwear Group, Inc.
16516 Via Esprillo, Suite 100
San Diego, CA 92127


House of Adjustments, Inc.
715 Mamroneck Ave.
P.O. Box 780
Mamaroneck, NY 10543-0780


HSBC Card Services
P.O. Box 17313
Baltimore, MD 21297-1313

Htg Cmnty Bk


I.C. Isaacs & Co., Inc.
3840 Bank Street
Baltimore, MD 21224


Jean Design
1385 Broadway
New York, NY 10018


JP Morgan Chase Bank N.A.
201 N. Central Ave., Flr 17
Phoenix, AZ 85004


Kamal Elayyan
9306 S. Oketo
Bridgeview, IL 60455


Kenneth G. Schivone
1942 Lexington Ave., North, Suite 1
Roseville, MN 55113


Keybank Na
Po Box 94825
Cleveland, OH 44101


Kole Digital Systems, Inc.
10355 W. Lincoln Hgwy
Frankfort, IL 60423


Law Office McMahan-Sigunick Ltd.
412 S. Wells Street, 6th Flr
Chicago, IL 60607


Law Office of Douglas Johnson, PC
77 W. Wacker Dr., Ste. 4800
Chicago, IL 60601-1604


Law Office of Weinstock & O'Malley
105 White Oak Lane, 2nd Floor
Old Bridge, NJ 08857-1006

Liz Claiborne, Inc.
One Claiborne Ave
North Bergen, NJ 07047


Luxury Sportswear, Inc.
240 Corland Avenue
Lombard, IL 60148


Marty Schwartz & Assoc.
222 N. LaSalle Street, Suite 1960
Chicago, IL 60601


McMahan & Sigunick, Ltd.
412 S. Wells Street, 6th Flr
Chicago, IL 60607


Menges & Molzahn, LLC.
20 N. Clark St., Ste 2300
Chicago, IL 60602


Merchants Credit Card Guide
223 W. Jackson Blvd
Chicago, IL 60606


MLJ Corp.
6254 S. Nome Court
Englewood, CO 80111


Mortgage Service Cente
Sbrp - 4001 Leadenhall Rd
Mt Laurel, NJ 08054


Mr. Andrew N. Plasz
20 S. Clark Street, Suite 2310
Chicago, IL 60603


N.A.S. Industries, Inc.
1015 Hoyt Ave.
Ridgefield, NJ 07657


National City Mortgage
Attn: Bankruptcy Dept
3232 Newmark Dr.
Miamisburg, OH 45342

NCO Financial Systems, Inc.
200 Vesey Street, 44th Flr
New York, NY 10285

New Era Cap Co., Inc.
P.O. Box 054
Buffalo, NY 14240

Nicor Gas
Attention: Bankruptcy Department
1844 Ferry Road
Naperville, IL 60507

Nicor Gas
P.O. Box 310
Aurora, IL 60507-0310

Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266

Park Management & Realty, Inc.
Westgate Valley Estates HOA
7030 Centennial Drive
Tinley Park, IL 60477

Pelle Pelle, Inc.
2903 Technology Drive
Rochester, MI 48309

Phat Farm
Division of Parigi Group, Ltd.
112 24th Street, 5th Floor
New York, NY 10120

Phat Farm Footwear
Division of VIDA Shoes, Inc.
New York, NY 10019

Pierce & Associates
1 North Dearborn, Suite 1300
Chicago, IL 60602

Pro Consulting Services, Inc.
Collection Division
P.O. Box 66768
Houston, TX 77266-6768


Pronger Smith Medical Care
2320 High Street
Blue Island, IL 60406


Pyramid Alarm, Inc.
P.O. Box 391
Lansing, IL 60438


R.M.S.
4836 Brecksville Rd.
P.o. Box 509
Richfield, OH 44286


Regions Bank
Commericial Loan Processing Center
P.O. Box 11407
Birmingham, AL 35246-0054


Robber Barons
333 Veterans Blvd.
Carlstadt, NJ 07072


Rocawear Juniors
Div. of Signature Apparel Group
New York, NY 10018


Ruthless Art
Div. of Agamore Hill Apparel, LLC.
1450 Broadway, 37th Floor
New York, NY 10018


S.W.B. Apparel, Inc.
One Madison St., Unit B
East Rutherford, NJ 07073


Sams Club
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Samsung America, Inc.
1430 Broadway, 22nd Floor
New York, NY 10018


Sean John Denim
2 Capital Drive
Cranbury, NJ 08512


Shadi Elayyan
16728 Julie Ann Lane
Orland Park, IL 60462


Signature Apparel Group, LLC
530 7th Avenue, 27th Floor
New York, NY 10018


Simon Property Group, Inc.
225 W. Washington Street
Indianapolis, IN 46204


SOHO Fashion
Coogi
625 Broadway, 11th Floor
New York, NY 10012


Solomon & Solomon, PC.
5 Columbia Circle
Albany, NY 12203


Standard Bank & Trust
7800 W 95th St
Hickory Hills, IL 60457


State Automatic Heating & Cooling
1335 Paramount Pkwy
Batavia, IL 60510


Stein-Rotman
105 W. Madison
Chicago, IL 60602


Swanson, Martin & Bell, LLP
c/o Jsseph Kincaid
330 N. Wabash, Ste. 300
Chicago, IL 60611

Tanner and James, Inc.
30 Old Rudnick Lane
Dover, DE 19901


Tbf Finan
520 Lake Cook Rd Ste 510
Deerfield, IL 60015


Teller Levit Silvertrust, PC
11 East Adams Street
Chicago, IL 60603


The Timberland Co.
200 Domain Drive
Stratham, NH 03885


The Timberland Company
P.O. Box 92550
Chicago, IL 60675


Tucker Development Corp
799 Central Ave., Ste 300
Highland Park, IL 60035


Tucker Development Corp.
799 Central Av., Ste. 300
Highland Park, IL 60035


United Parcel Service
55 Glenlake Parkway, NE
Atlanta, GA 30328


United Portfolio Manag


United Recovery Systems
P.O. Box 722929
Houston, TX 77272-2929


Unvl/citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Us Bank
Attn: Bankruptcy Dept.
P.O. Box 5229
Cincinnati, OH 45201


Victoria Crossing HOA
1999 W. 75th Street, #203
Woodridge, IL 60517-2603


Village of Orland Park
14700 S. Ravinia
Orland Park, IL 60462


Webster Bank
609 W Johnson Ave
Cheshire, CT 06410


Webster Bank, N.A.
P.O. Box 1809
Hartford, CT 06144-1809


Weeplay, LLC.
112 W. 34th Street, 18th Floor
New York, NY 10120


Wfnnb/roompl
Po Box 2974
Shawnee Mission, KS 66201


Wildflower Estates HOA
c/o Property Servics, LLC.
8771 Laraway Road
Frankfort, IL 60423


Wildman, Harrold, Allen & Dixon
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606


World Savings & Loan
4101 Wiseman Blvd
Attn: Bankruptcy
San Antonio, TX 78251